# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA



**FILED**
JAN 23 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

MOHAN SAI KOUSHIK TUPAKULA

**Debtor.**

Bankruptcy Case No. 25-BK-51963

**Chapter 7**

## A. DEBTOR'S AMENDMENT

- ☐ Voluntary Petition
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Declaration of Schedules
- ☐ Summary of Your Assets & Liabilities
- ☐ Statement of Financial Affairs
- ☑ Statement of Intention
- ☐ Statement of Current Monthly Income
- ☐ Statement About Your Social Security Numbers
- ☑ Creditor Matrix Validation
- ☑ Other Documents: _Letter: Request for Verification & Correction of Mailing Addresses_
- ☐ I am including a $34 filing fee for my changes to Schedule D, Schedule E/F, or the list of creditors.

## B. DEBTOR'S SWORN DECLARATION

I declare under penalty of perjury that I have read this document and the attached amendments, and that they are true and correct to the best of my knowledge, information, and belief.

Dated: 01/20/2026    Signature: _[signed]_

## C. CERTIFICATION OF SERVICE

I, **MOHAN SAI KOUSHIK TUPAKULA**, certify that on 01/20/2026 I mailed this document and the attached amendments by first-class mail to my bankruptcy trustee _KARI S BOWYER_. I declare under penalty of perjury that the statements made in this certification of service are true and correct.

Dated: 01/20/2026    Signature: _[signed]_

Fill in this information to identify your case:

Debtor 1: MOHAN SAI KOUSHIK TUPAKULA
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number: 25-BK-51963
(If known)

☑ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: UNIVERSITY OF MICHIGAN CREDIT UNION<br>Description of property securing debt: AUTOMOBILE FAIR CONDITION | ☐ Surrender the property.<br>☑ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: _____<br>Description of property securing debt: _____ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br>Description of property securing debt: _____ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br>Description of property securing debt: _____ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _[signature]_  X _____
Signature of Debtor 1         Signature of Debtor 2

Date  01/20/2026              Date _____
      MM / DD / YYYY                MM / DD / YYYY

# CREDITOR MATRIX VALIDATION

## Request for Verification and Correction of Mailing Addresses

**MOHAN SAI KOUSHIK TUPAKULA**
1630 Avina Circle, Unit 3
Santa Clara, CA 95054

**January 20, 2026**

**THE HONORABLE BANKRUPTCY COURT**
U.S. Bankruptcy Court for the Northern District of California
280 South First Street, Room 3035
San Jose, CA 95113-3099

**RE: Creditor Matrix Validation – Request for Verification and Correction of Mailing Addresses**

**Debtor:** Mohan Sai Koushik Tupakula
**Case Number:** 25-51963
**Chapter:** 7
**Judge:** Hon. Stephen L. Johnson

**To the Honorable Court:**

Debtor Mohan Sai Koushik Tupakula respectfully submits this letter requesting verification and correction of the creditor mailing matrix as recorded in the bankruptcy case file. The current matrix on record contains incomplete addresses for three (3) creditors, which may result in improper notice being served as required by bankruptcy law.

### BACKGROUND

Debtor filed a voluntary petition for Chapter 7 bankruptcy on December 22, 2025 (Case No. 25-51963) in the U.S. Bankruptcy Court for the Northern District of California. Debtor submitted a verified matrix of creditors on December 22, 2025, which was duly filed with the Court as required under Fed. R. Bankr. P. 1007 (Doc# 6).

### ISSUE

Upon review of the current Court record, Debtor has identified discrepancies in the mailing matrix as recorded in the Court's system. Specifically, three (3) creditors' addresses are missing critical components of their complete mailing addresses.

## CORRECT ADDRESS INFORMATION

The Court's current records reflect incomplete addresses. The verified matrix originally submitted by Debtor contains the complete and correct addresses:

### 1. ZOLVE INNOVATIONS INC

**As Recorded**     101 Eisenhower Parkway, Roseland, NJ, 07068
**Correct Address**     101 Eisenhower Parkway, Suite 300, Roseland, NJ, 07068
**Missing Component** Suite 300

### 2. THE UNIVERSITY OF MICHIGAN – STUDENT LOAN COLLECTIONS

**As Recorded**     3003 South State Street, Ann Arbor, MI 48109
**Correct Address**     3003 South State Street, 6000 Wolverine Tower, Ann Arbor, MI 48109
**Missing Component** 6000 Wolverine Tower

### 3. GEMINI CONSTELLATION, LLC

**As Recorded**     600 Third Avenue, New York, NY 10016
**Correct Address**     600 Third Avenue, 2nd Floor, New York, NY 10016
**Missing Component** 2nd Floor

Suite numbers, building designations, and floor numbers are necessary components of creditors' complete mailing addresses to ensure proper service of process and notice as required under the Federal Rules of Bankruptcy Procedure.

### SUPPORTING DOCUMENTATION

Debtor attaches and incorporates by reference the original verified matrix filed on December 22, 2025 (Court Record: Case No. 25-51963, Doc# 6, Filed 12/22/25), which contains the complete and accurate mailing addresses for all creditors.

### RELIEF REQUESTED

Debtor respectfully requests that the Court:

1. **Verify** that the mailing matrix filed on December 22, 2025 is accurate and complete as submitted;
2. **Correct** the Court's records to reflect the complete addresses for all three (3) creditor entries:
    - Zolve Innovations Inc, 101 Eisenhower Parkway, Suite 300, Roseland, NJ, 07068

(2)

- The University of Michigan – Student Loan Collections, 3003 South State Street, 6000 Wolverine Tower, Ann Arbor, MI 48109
- Gemini Constellation, LLC, 600 Third Avenue, 2nd Floor, New York, NY 10016

3. **Ensure** that all future notices and orders in this bankruptcy case are served upon all creditors using the complete and verified mailing addresses as originally filed by Debtor; and
4. **Grant** such other and further relief as the Court deems just and equitable under the circumstances.

## CONCLUSION

Proper service of notice is fundamental to the integrity of bankruptcy proceedings. The omission of suite numbers, building designations, and floor numbers from creditors' addresses may compromise the Court's ability to serve proper notice. Debtor respectfully urges the Court to verify the accuracy of the mailing matrix and correct the record to reflect the complete addresses as originally submitted.

Respectfully submitted,

**MOHAN SAI KOUSHIK TUPAKULA**
Debtor Pro Se

**Dated: January 20, 2026**

## ATTACHMENTS

Attachment A: Verified Matrix of Creditors (Filed December 22, 2025, Case 25-51963, Doc# 6)



IN THE UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: )
)
) Case No. _____
MOHAN SAI KOUSHIK TUPAKULA )
Debtor. ) Chapter 7

## VERIFICATION OF MATRIX

The above named debtor hereby verifies that the attached List of Creditors is true and correct to the best of his/her/their knowledge.

Date: 12/22/2025 _____
Debtor Signature

CORRECTIONS:- Highlighted in ~~RED~~

01/20/2026

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO, TX 79998


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998


CARELINC HOME MEDICAL & SUPPLY
3820 PLAZA DRIVE #1
ANN ARBOR, MI 48108


CONTINENTAL BANK (ZOLVE CREDIT CARD)
15 WEST SOUTH TEMPLE STREET
SUITE 240
SALT LAKE CITY, UT 84101


DISCOVER CARD
POB 45909
SAN FRANCISCO, CA 94145


DISCOVER CARD
PO BOX 30939
SALT LAKE CITY, UT 84130

DISCOVER CARD
POB 15316
WILMINGTON, DE 19850


EDUCATIONAL COMPUTER SYSTEMS, INC. (ECSI)
PO BOX 26227
WINSTON-SALEM, NC 27114


EDUCATIONAL COMPUTER SYSTEMS, INC. (ECSI)
P.O. BOX 1289
MOON TOWNSHIP, PA 15108


GEMINI CONSTELLATION, ATTN: BANKRUPTCY NOTICE
315 PARK AVENUE SOUTH
16 FLOOR MAILROOM
NEW YORK, NY 10010


GEMINI CONSTELLATION, LLC
600 THIRD AVENUE
2ND FLOOR
NEW YORK, NY 10016


GEMINI CONSTELLATION, LLC (GEMINI CREDIT CARD SERVICER)
P.O. BOX 1794
SUISUN CITY, CA 94585

JPMCB CARD
P.O BOX 6294
CAROL STREAMS, IL 60197


JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850


MERCHANTS & MEDICAL CREDIT CORPORATION, INC
6324 TAYLOR DRIVE
FLINT, MI 48507


PAYPAL CREDIT SERVICES / SYNCB
PO BOX 960080
ORLANDO, FL 32896-0080


PAYPAL CREDIT SERVICES/ SYNCB
P.O. BOX 71718
PHILADELPHIA, PA 19176


SYNCB/ PAYPAL CREDIT CARD
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCHRONY BANK (PAYPAL CASHBACK MASTERCARD)
P.O. BOX 965061
ORLANDO, FL 32896


SYNCHRONY BANK (PAYPAL CASHBACK MASTERCARD)
P.O. BOX 71724
PHILADELPHIA, PA 19176


SYNCHRONY BANK (PAYPAL CASHBACK MASTERCARD)
P.O. BOX 965065
ORLANDO, FL 32896


THE BANK OF MISSOURI (ZOLVE CREDIT CARD)
916 NORTH KINGSHIGHWAY STREET
PERRYVILLE, MO 63775


THE BANK OF MISSOURI (ZOLVE CREDIT CARD)
154 GRAND STREET
NEW YORK, NY 10013


THE UNIVERSITY OF MICHIGAN - STUDENT LOAN COLLECTIONS
3003 SOUTH STATE STREET
[redacted] WOLVERINE TOWER
ANN ARBOR, MI 48109

UNIVERSITY OF MICHIGAN CREDIT UNION
P.O. BOX 7850
ANN ARBOR, MI 48107


UNIVERSITY OF MICHIGAN CREDIT UNION
340 EAST HURON STREET
SUITE 100
ANN ARBOR, MI 48104


UNIVERSITY OF MICHIGAN CREDIT UNION
340 HURON STREET
SUITE 100
ANN ARBOR, MI 48104


WEBBANK (GEMINI MASTERCARD CREDIT CARD)
P.O. BOX 757
PORTSMOUTH, NH 03802


ZOLVE INNOVATIONS INC
101 EISENHOWER PARKWAY
SUITE 300
ROSELAND, NJ 07068